1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              CENTRAL DISTRICT OF CALIFORNIA
10

| ROSA NOYOLA, | Case No. 2:24-cv-03673-SB-AJR |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION [21] TO PERMIT FILING OF AMENDED COMPLAINT AND DEEM CURRENT ANSWER AS OPERATIVE ANSWER TO SAID COMPLAINT** |
| v. | |
| TELEVISAUNIVISION MANAGEMENT CO., | |
| Defendant. | Complaint Filed: April 4, 2024<br>Removal Date: May 2, 2024 |

Pursuant to the Parties' Joint Stipulation to Permit the Filing of an Amended Complaint, the Court enters the requested order, as modified below:

By no later than July 15, 2024, Plaintiff shall file her Amended Complaint, which shall not differ from that attached as Exhibit "A" to the Parties' Joint Stipulation (Dkt. No. 21). By no later than July 19, 2024, Defendant Televisaunivision Management Co. shall file its Answer to the amended complaint, which may be materially the same as the answer to the original complaint.

Dated: July 12, 2024



Hon. Stanley Blumenfeld, Jr.
United States District Judge