1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NOYOLA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TELEVISAUNIVISION MANAGEMENT CO., a Delaware corporation.<br><br>    Defendants. | Case No. 2:24-cv-03673 SB(AJRx)<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] **ORDER GRANTING MENTAL EXAMINATION OF PLAINTIFF ROSA NOYOLA**<br><br>Original Complaint:  April 4, 2024<br>Amended Complaint: July 12, 2024<br>Trial date:                March 24, 2025 |

# [PROPOSED] ORDER

The Parties to this action having stipulated as follows:

1. Pursuant to Rule 35 of the Federal Rules of Civil Procedure, the Court may order a party whose mental condition is in controversy to submit to a mental examination by a suitably licensed or certified examiner. *See* Fed. R. Civ. Proc. 35.

2. In this case, a controversy exists regarding the mental condition of Plaintiff, Rosa Noyola ("Plaintiff"), and good cause exists for a mental examination of Plaintiff.

3. A mental examination of Plaintiff will be conducted by Dr. Francesca Lehman, Psy.D. Clinical and Forensic Psychologist, License#: PSY23542. The examination will take place on Tuesday, December 3, 2024, beginning at approximately 10:00 a.m. PST, at: San Clemente Office, 501 N. El Camino Real, Suite 205, San Clemente, CA 92672, Direct Line (619) 208-9777.

4. It is also agreed by and between counsel that:

(a) Counsel for the examinee may attend the examination.

(b) No invasive or painful procedures will be performed on Plaintiff.

(c) Counsel for Defendant will provide a copy of Dr. Lehman's report to Plaintiff. The report must be a detailed written report setting out the examiner's findings, including results of all tests made, diagnoses, and conclusions. *See* Fed. R. Civ. Proc. 35(b).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 11/19/2024

HON. A. JOEL RICHLIN
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING MENTAL EXAMINATION OF PLAINTIFF
CASE NO. 2:24-CV-03673 SB(AJRX)