JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NOYOLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TELEVISAUNIVISION MANAGEMENT CO. et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-03673-SB-AJR<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE |

　　　Pursuant to the parties' stipulation, the above-referenced action is dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear her or its own attorney's fees and costs.

Date: January 24, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge